UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-12(JMR/FLN)

Vision-Ease Lens, Inc. )
)
v. ) ORDER
)
Younger Mfg. Co. )

This matter is before the Court on a joint motion to schedule a Markman hearing. The Court heard this matter by phone conference on August 1, 2002.

Based on the files, records, and proceedings herein, and for the reasons stated at the conference, IT IS ORDERED that:

1. The parties shall identify disputed claim terms with proposed constructions by August 9, 2002.

2. The parties shall submit claim construction briefs by August 19, 2002.

Dated: August 2nd, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
AUG 06 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______