UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vision-Ease Lens, Inc.,

Plaintiff,

v.

Younger Manufacturing Company,

Defendant.

Civil No. 02-12 JMR/FLN

**ORDER**

---

Jacob Holdreith, Esq., and Christopher Sorenson, Esq., for Plaintiff.
Nick Saros, Esq., and William Otteson, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on August 19, 2002, on Defendant's Motion to Compel Discovery Responses and For Production of Privilege Log [#9].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel Discovery Responses and For Production of Privilege Log [#9] is **GRANTED IN PART** AND **DENIED IN PART** as follows:

1. Insofar as the Motion seeks to compel production of all documents responsive to Defendant's document requests, it is **GRANTED**;

2. Insofar as the Motion seeks to compel production of Plaintiff's privilege log, it is **GRANTED**;

3. Insofar as the Motion seeks to compel Plaintiff to specify, by Bates number, the documents that it relies on for each of its responses to Defendant's Interrogatory Nos. 9, 10, 11, 13 and 14, it is **GRANTED**;

4. Insofar as the Motion seeks to compel Plaintiff to supplement its responses to Defendant's Interrogatories Nos. 4 & 5, it is **GRANTED**;

AUG 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Insofar as the Motion seeks to compel Plaintiff to supplement its responses to Interrogatories Nos. 6 & 7 and Document Request No. 9, Plaintiff's privilege objections are **SUSTAINED** and the motion is **DENIED**.

6. Discovery ordered herein shall be produced on or before September 15, 2002.

DATED: Aug 20 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE