UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Plaintiff,

vs.

YOUNGER MFG. CO.,
a California Corporation,

Defendant.

Case No.: 02-CV-12 JMR/FLN

**STIPULATED ORDER REGARDING CONSTRUCTION OF CLAIM TERMS**

YOUNGER MFG. CO.,
a California Corporation,

Counterclaim Plaintiff,

vs.

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Counterclaim Defendant.

WHEREAS, in compliance with this Court's August 1, 2002, Order requiring the parties to exchange disputed claim terms in the asserted claims of U.S. Patent No. 6,328,446 (hereafter referred to as "the Patent"), the parties have determined that the definition of the terms in the currently asserted claims is not in dispute; and

WHEREAS, in an effort to conserve judicial resources, for purposes of this litigation, the parties hereby stipulate and agree to the following definitions of the listed claim terms in Claims 4, 24 and 27 of the Patent:

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED AUG 27 2002
DEPUTY CLERK'S INITIALS

1. The term "ophthalmic" means "for use in connection with the eye."

2. The term "injection molded, polymeric ophthalmic lens having a concave surface and a convex surface" means "a curved ophthalmic lens made of a thermoplastic polymer by injection molding."

3. An example of a concave surface is shown at (16) of Figure 1 of the Patent.

4. An example of a convex surface is shown at (18) of Figure 1 of the Patent.

5. The term "laminate bonded to the injection molded, polymeric ophthalmic lens, the laminate comprising, in the following order" means "an item attached to one side of the ophthalmic lens, which is made of layers and/or films, that includes at least the following layers in the following order."

6. The term "resinous" means "made from resin or plastic."

7. The term "a functional layer selected from the group consisting of a light polarizing layer and a photochromic layer" means "a layer that is either polarizing or photochromic."

8. The term "first resinous layer being bonded to the convex surface of the injection molded, polymeric ophthalmic lens, wherein the first resinous layer is fused to the polymeric ophthalmic lens" means "the first resinous layer is fused to the convex surface of the injection molded, polymeric ophthalmic lens."

9. The term "fused" means "melted together."

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: August 19, 2002.

By: [signature]
Jake M. Holdreith (#211011)
Christopher J. Sorenson (#270118)

800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF VISION-EASE, INC.**

**GREENE ESPEL, P.L.L.P.**

Dated: August 19, 2002.

By [signature]
Jeanette M. Bazis (#255646)

200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 373-0830

and

**KIRKLAND & ELLIS**

Dated: August 19, 2002.

By: [signature]
Robert G. Krupka
Shannon M. Hansen
Nick G. Saros

777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400

**ATTORNEYS FOR DEFENDANT YOUNGER MANUFACTURING CO.**

**IT IS SO ORDERED.**

Dated: August 28th, 2002.

Hon. James M. Rosenbaum
United States Chief District Judge