UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vision-Ease Lens, Inc.,

Plaintiff,

v.

Younger Manufacturing Company,

Defendant.

Civil No. 02-12 JMR/FLN

**ORDER**

---

Christopher Sorenson, Esq., and Chris Seidl, Esq., for Plaintiff.
Nick Saros, Esq., and Jeanette Bazis, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 28, 2002, on Plaintiff's Motion to Compel Discovery Responses and For Production of Privilege Log [#20].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery Responses and For Production of Privilege Log [#20] is **GRANTED IN PART** AND **DENIED IN PART** as follows:

1. Insofar as the Motion seeks to compel answers responsive to Plaintiff's Interrogatory Nos. 10, and 19, it is **GRANTED**;

2. Insofar as the Motion seeks to compel production of Defendant's privilege log, and response to Interrogatory No. 13 it is **DENIED as MOOT**.

3. Discovery ordered herein shall be produced on or before November 8, 2002.

DATED: Oct. 31 2002

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

NOV 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK