UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Plaintiff,

vs.

YOUNGER MFG. CO.,
a California Corporation,

Defendant.

Case No.: 02-CV-12 JMR/FLN

YOUNGER MFG. CO.,
a California Corporation,

Counterclaim Plaintiff,

vs.

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Counterclaim Defendant.

**ORDER AMENDING PRETRIAL SCHEDULE**

The parties have jointly moved the Court for an Order amending the Pretrial Schedule to allow for the completion of expert disclosures and depositions to occur after the close of fact discovery in this matter. Good cause having been shown pursuant to Local Rule 16.3, the parties' Motion is hereby GRANTED.

FILED DEC 1 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Pretrial Schedule, set by order dated June 6, 2002, is hereby amended as follows:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   1) By all parties on or before March 3, 2003, with respect to initial experts.

   2) By all parties on or before April 1, 2003, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

   1) By all parties on or before March 3, 2003, with respect to initial expert reports.

   2) By all parties on or before April 1, 2003, with respect to rebuttal expert reports.

c. Each party may depose no more than 2-3 expert witnesses on or before April 27, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

DATED: Dec, 18, 2002

THE HONORABLE FRANKLIN L. NOEL
United States Magistrate Judge