UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-12(JMR/FLN)

| | | |
|---|---|---|
| Vision-Ease Lens, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Younger Mfg. Co. | ) | |

This matter is before the Court on defendant's motion for summary judgment. The Court heard oral argument on January 17, 2003.

Based on the files, records, proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

Defendant's motion for summary judgment [Docket Nos. 25 and 35] is denied.

Dated: January 24th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS