UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Plaintiff,

vs.

YOUNGER MFG. CO.,
a California Corporation,

Defendant.

Case No.: 02-CV-12 JMR/FLN

YOUNGER MFG. CO.,
a California Corporation,

Counterclaim Plaintiff,

vs.

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Counterclaim Defendant.

**ORDER CONCERNING ABEYANCE OF PRETRIAL SCHEDULE**

The parties have jointly moved the Court for an Order placing the current pre-trial scheduling order in abeyance pending finalization of a settlement agreement that the parties have agreed to in principle. Good cause having been shown pursuant to Local Rule 16.3, the parties' motion is hereby GRANTED.

FILED 2-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Pretrial Schedule, set by Order dated June 6, 2002 and amended by Order dated December 18, 2002, is hereby placed in abeyance for a period of thirty days from the date of this Order. In the event that this matter is not dismissed by stipulation before expiration of such time, the Pretrial Schedule will be taken out of abeyance, and all remaining deadlines under the current Pretrial Schedule will be extended by a period of thirty days.

DATED: Feb. 14, 2003

FRANKLIN L. NOEL
United States Magistrate Judge



Word 20033509.1