UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Plaintiff,

vs.

YOUNGER MFG. CO.,
a California Corporation,

Defendant.

Case No.: 02-CV-12 JMR/FLN

**ORDER OF DISMISSAL**

YOUNGER MFG. CO.,
a California Corporation,

Counterclaim Plaintiff,

vs.

VISION-EASE LENS, INC.,
a Minnesota Corporation,

Counterclaim Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER, coming before the Court on the parties' Stipulated Motion to Dismiss With Prejudice, Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and having been fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Stipulated Motion is GRANTED.

Accordingly, Civil Action No. 02-CV-12 is hereby dismissed **with prejudice**, with both parties incurring their own costs and attorney fees.

ORIGINAL

FILED 3-24-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED this 21st day of March, 2003.

BY THE COURT:

_______________________________

Hon. James M. Rosenbaum
United States Chief District Judge